# Court of Appeals
# of the State of Georgia

ATLANTA,____May 26, 2015_____

*The Court of Appeals hereby passes the following order:*

## A15D0393.  DAVID SMITH et al. v. SUNTRUST MORTGAGE, INC.

On April 1, 2015, the State Court of DeKalb County entered a writ of possession in favor of SunTrust Mortgage, Inc. and against David and Shatei Smith.[1] On April 30, 2015, the Smiths filed this application for discretionary appeal.  Appeals from judgments in dispossessory actions must be filed within seven days of the date the judgment was entered. See OCGA § 44-7-56; *Radio Sandy Springs, Inc. v. Allen Road Joint Venture*, 311 Ga. App. 334, 335-336 (715 SE2d 752) (2011). This application, filed 29 days after entry of the writ of possession, is untimely and is therefore DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,_____05/26/2015_____
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, Clerk.

---

[1] The judge signed the writ on March 31, 2015.  The writ bears two different stamped "filed" dates.  The first, signed by the court clerk, is "2015 APR - 1."  The second, not signed by the clerk, is "2015 APR - 31," a date that does not exist and that appears to have been a clerical error.